United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. P.,<br><br>           Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS), et al.,<br><br>           Defendants. | Case No. 25-cv-10895-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *A.L. v. United States of America*, 24-cv-06580-YGR.

**IT IS SO ORDERED.**

Dated: December 29, 2025

_____
THOMAS S. HIXSON
United States Magistrate Judge